UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of                                    ORDER
Referral to Magistrate Judge

_____

      **ORDERED** that the referral to the below Magistrate Judges in the following cases has been terminated. These cases will be decided directly, without Report and Recommendation, by the Honorable Mae A. D'Agostino, District Judge:

| | Case Number | Caption |
|---|---|---|
| 1) | 3:14-cv-92 (MAD/CFH) | Waddell v. Commissioner of Social Security |
| 2) | 6:14-cv-832 (MAD/CFH) | Tripoli v. Commissioner of Social Security |
| 3) | 5:14-cv-1016 (MAD/ATB) | Brogan v. Commissioner of Social Security |
| 4) | 5:14-cv-1020 (MAD/RFT) | Storms v. Commissioner of Social Security |
| 5) | 6:14-cv-1070 (MAD/TWD) | White-Swanson v. Commissioner of Social Security |
| 6) | 7:14-cv-1292 (MAD/TWD) | Snyder v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: October 5, 2015
Syracuse, New York

Chief U.S. District Judge
Northern District of New York